IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 SEP 15 AM 10: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 04-20485-D |
| ) | |
| MARK MERRELL ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA
AND SETTING**

This cause came to be heard on September 14, 2005, the United States Attorney for this district, Stuart J. Canale, appearing for the Government and the defendant, Mark Merrell, appearing in person and with counsel, Juni S. Ganguli, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Count 2 shall be dismissed at the Sentencing Hearing.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 13, 2005, at 1:30 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B. Donald.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the _14_ day of September, 2005.

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9/15/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CR-20485 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT